**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SHERRY C. PULLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-1462-DDC |
| | ) | |
| APRIA HEALTHCARE, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of the above action with prejudice, each party to bear their own costs and attorney fees.

Respectfully submitted,

/s/ Sarah C. Liesen
Sarah Liesen, #26988
Alexander L. Edelman, #25821
Edelman, Liesen & Myers, LLP
208 W. Linwood Blvd.
Kansas City, MO 64111
Telephone: (816) 301-4056
Facsimile: (816) 463-8449
aedelman@elmlawkc.com
sliesen@elmlawkc.com
ATTORNEYS FOR PLAINTIFF

AND

/s/Kate E. Juvinall
Hillary L. Klein #KS 20822
Kate E. Juvinall #KS 26285
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000
Facsimile: (816) 983-8080
hillary.klein@huschblackwell.com
kate.juvinall@huschblackwell.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of July, 2019, a true and correct copy of the foregoing was filed with the CM/ECF system which notified all parties of record.

By:/s/Sarah C. Liesen
ATTORNEY FOR PLAINTIFF